IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00441–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GERALD LEVON WRIGHT,

    Defendant.

**ORDER AND NOTICE OF SETTINGS**

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

This matter is set for a three-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **January 22, 2007**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse. Therefore, it is

**ORDERED** that a change of plea hearing is scheduled to commence at 8:30 o'clock a.m. on Thursday, **January 11, 2007**. The deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Tuesday, January 9, 2007.

Dated: December 28, 2006